IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JAMES MATHEW HARRIS**                                         **PLAINTIFF**

v.                                                   **CIVIL ACTION NO. 3:11cv26-MTP**

**CHRISTOPHER EPPS, GLORIA PERRY,**                    **DEFENDANTS**
**ROBERT MOORE, DAISY THOMAS, RONALD WOODALL,**
**UNKNOWN KAISER, AND WEXFORD HEALTH SOURCES, INC.**

### ORDER

Presently before the Court is Plaintiff's [60] Motion for Recusal, and the Court having considered the motion finds that it should be denied.

Plaintiff's motion expresses dissatisfaction with adverse rulings in this case. However, such dissatisfaction is insufficient to support an allegation of bias or a basis for recusal pursuant to 28 U.S.C. §§ 144 or 455. *See United States v. MMR Corp.*, 954 F.2d 1040, 1045 (5th Cir. 1992) ("[A]dverse rulings in a case are not an adequate basis for demanding recusal.") (citations omitted).

Accordingly, **IT IS ORDERED:**

Plaintiff's [60] Motion for Recusal is **DENIED.**

Plaintiff's failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed as a purposeful delay and may be grounds for dismissal without notice to Plaintiff.

**SO ORDERED** this the 17th day of January, 2012.

                                                                            s/Michael T. Parker
                                                                United States Magistrate Judge